IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:05-cr-45-RS-GRJ

TREVIN NUNNALLY,

_____/

## **ORDER**

This case is before the Court upon referral from the Clerk to review a letter from the Defendant requesting permission to proceed in forma pauperis on appeal.

On August 24, 2011 the District Judge entered an order directing the Clerk not to file any further documents from the Defendant unless the documents are accompanied by prior written permission from the magistrate judge. (Doc. 392.) This was not the first time the Defendant was cautioned about unnecessarily filing documents in this case. On May 1, 2008 the Defendant was ordered not to file any further motions in this case without the prior written permission of the United States Magistrate Judge, a directive which Defendant has repeatedly ignored. (Doc. 273.)

The present posture of this case is as follows. On January 26, 2011 the undersigned entered a report and recommendation recommending denial of Defendant's amended motion to vacate (Doc. 259) and denial of a certificate of appealability. (Doc. 350.) The District Judge adopted the report and recommendation and judgment in this case was entered on February 11, 2011. (Docs. 352 and 353.) This should have brought this case to a conclusion. Apparently it did not. Defendant then filed several motions for a certificate of appealability, each of which was denied.

(Docs. 355 and 360.) On March 23, 2011, the District Judge entered an order finding that Defendant's appeal was not taken in good faith and denying Defendant's previous motion for leave to appeal in forma pauperis. (Doc. 369.) Defendant appealed the March 23, 2011 order, which was dismissed by the Eleventh Circuit. (Docs. 376 and 378.) Since that time, Defendant has filed several motions, all of which are substantially the same, and all of which have been denied by the Court. (Docs. 382, 390, and 391.) Defendant appealed the denial of one of those motions to the Eleventh Circuit (Doc. 384) and, in the attached documents, seeks permission to appeal in forma pauperis.

This Court already has cautioned Defendant numerous times not to file repeated motions. Indeed, the Defendant was recently reminded not to do so in an order entered on August 24, 2011 by the District Judge. This Court denied Defendant's previous motions for a certificate of appealability at least twice and denied his previous request to proceed in forma pauperis on appeal because his appeal was not taken in good faith. (Docs. 355, 360 and 369.) Nothing has changed. Defendant's latest appeal (Doc. 384) is similarly frivolous. Accordingly, the Clerk is instructed to return the September 1, 2011 letter and attachments to Defendant and not to docket these documents on the docket in this case.

**DONE AND ORDERED** this 7th day of September 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 4:05-cr-45-RS-GRJ*